FILED
January 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Laura Loera_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WSTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| James Everett Shelton , | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | Case No.: EP 22-CV-0202 |
| Omega Capital Funding, Inc., Sedric Ambroise   Defendant(s) | ) ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff JAMES EVERETT SHELTON , hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendants OMEGA CAPITAL FUNDING, INC. and SEDRICK AMBROISE.

Date: JANUARY  10 , 2023

_____
*JAMES EVERETT SHELTON, Plaintiff Pro Se*

316 Covered Bridge Road
_____
*Address*

King of Prussia, PA 19406
_____
*City, State & Zip Code*

(484) 626-3942
_____
*Telephone Number*