UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | § § § | |
| Plaintiff, | § § | EP-22-CV-00202-FM |
| v. | § § | |
| OMEGA CAPITAL FUNDING INC.; and SEDRICK AMBROISE, | § § § § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE

Today, the court considers the status of this case. On June 8, 2022, Plaintiff James Everett Shelton filed his "Complaint" [ECF No. 1]. Defendants Omega Capital Funding Inc. and Sedrick Abroise were served on August 13, 2022, and October 19, 2022, respectively.[1] To date, neither has responded; nor has Plaintiff moved for an entry of default. Accordingly, it is **HEREBY ORDERED** that Plaintiff show cause as to why this case should not be dismissed for failure to prosecute by **January 27, 2023.**

**SIGNED AND ENTERED** this **10th** day of **January 2023.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] *See* "Affidavit of Service" 1, ECF No. 3, filed Sept. 9, 2022; "Affidavit of Service" 1, ECF No. 6, filed Nov. 3, 2022.